TODD BLANCHE
Acting Attorney General
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
MARTIN J. MAYER
Special Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Martin.Mayer@usdoj.gov

*Attorneys for the Federal Respondents*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Royston Joshua Karl Osbourne, | Case No. 2:26-cv-01267-CDS-MDC |
| Petitioner | **Stipulation for Extension of Time for Federal Respondents to File a Response to the Petitioner's Motion for Temporary Restraining Order (ECF No. 12)** |
| v. | |
| Reggie Rader, *et al.*, | |
| Respondents | [ECF No. 17] |

Petitioner Royston Joshua Karl Osbourne and Federal Respondents, through undersigned counsel, hereby submit this Stipulation for an extension of time for Federal Respondents to file a response to the Petitioner's Motion for Temporary Restraining Order, ECF No. 12, extending the deadline from June 12, 2026, to June 17, 2026, in order to accommodate the recent reassignment of this matter to the undersigned SAUSA.

Federal Respondents conferred with Petitioner's counsel regarding an extension, and Petitioner's counsel agreed. This is the first request for an extension. This extension is sought in good faith and not for any purpose of undue delay.

///

///

///

///

///

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Federal Respondents to file a response to Petitioner's Motion for Temporary Restraining Order from June 12, 2026, to **June 17, 2026**.

Respectfully submitted this 12th day of June 2026.

RENE L. VALLADARES
Federal Public Defender

TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Jeremy C. Baron*
JEREMY C. BARON
LAURA A. BARRERA
Assistant Federal Public Defenders

*Attorneys for Petitioner*

*/s/ Martin J. Mayer*
MARTIN J. MAYER
Special Assistant United States Attorney

*Attorneys for Federal Respondents*

**IT IS SO ORDERED:**

 _____
**U.S. DISTRICT JUDGE**

**DATED:** ___June 16, 2026___

2