**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Royston Joshua Karl Osbourne,

                Petitioner

v.

ICE, et al.,

                Respondents

Case No. 2:26-cv-01267-CDS-MDC

**Order Granting Respondents'
Motion to Extend Time to
File a Response**

[ECF No. 18]

      The respondents seek a five-day extension to prepare and file a response to the petitioner's second amended petition and motion for temporary restraining order. Mot., ECF No. 18. The petitioner takes no position on the motion to extend time, but he filed a response to make four points. Resp., ECF No. 20. Therein, the petitioner requests for his reply to be due by June 29, 2026, if the court grants the respondents' motion. I find that this request for a brief extension is made in good faith and not solely for the purpose of delay. So I grant the motion.

      It is hereby ordered that the respondents' motion to extend time **[ECF No. 18] is GRANTED** nunc pro tunc. The record reflects that the respondents timely filed their response. The petitioner's reply is due by June 29, 2026.

      Dated: June 29, 2026

_____
Cristina D. Silva
United States District Judge